Ian Ballon (SBN 141819)
Monica Hernandez (SBN 280195)
**GREENBERG TRAURIG, LLP**
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
ballon@gtlaw.com
hernandezmo@gtlaw.com

Joshua L. Raskin (*pro hac vice forthcoming*)
Vimal M. Kapadia (*pro hac vice forthcoming*)
**GREENBERG TRAURIG, LLP**
MetLife Building
200 Park Avenue,
New York, New York 10166
Telephone:  (212) 801-9200
Facsimile:  (212) 801-6400
raskinj@gtlaw.com
kapadiav@gtlaw.com

*Attorneys for Plaintiff CafePress Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| TEESPRING, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>STONEMARK TECHNOLOGIES, LLC,<br><br>    Defendant. | Case No.: 4:16-cv-01116-YGR<br><br>**DECLARATION OF JOSHUA RASKIN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br>[CIVIL L.R. 3-12, 7-11] |

# DECLARATION OF JOSHUA RASKIN

I, Joshua Raskin, certify as follows:

1. I am a shareholder with the law firm of Greenberg Traurig, LLP, attorneys for plaintiff CafePress Inc. ("CafePress") in the matter of *CafePress Inc. v. Stonemark Technologies, LL*, No. 3:16-cv-01764-LB, filed on April 6, 2016 (the "CafePress Case"). I make this declaration of my own personal knowledge, and if called upon as a witness would competently testify to the facts set forth below.

2. On March 4, 2016, Teespring, Inc. ("Teespring") filed suit in *Teespring, Inc. v. Stonemark Technologies, LLC*, No. 4:16-cv-01116-YGR (the "Teespring Case").

3. CafePress and Teespring each brought suit against Stonemark Technologies, LLC ("Stonemark") for declaratory judgment of non-infringement of U.S. Patent Nos. 7,050,654 ("the '654 patent"); 7,236,647 ("the '647 patent"); 7,302,114 ("the '114 patent"); 7,315,659 ("the '659 patent) and 7,835,591 ("the '591 patent").

4. On April 11, 2016, I contacted Teespring's counsel, David L. Simson of Goodwin Procter LLP, about CafePress' intent to file an Administrative Motion under Local Rule 3-12 to consider the CafePress Case and the Teespring Case related ("the Motion").

5. On April 11, 2016, Mr. Simson informed me that Teespring does not oppose the Motion and that Teespring believes that the CafePress Case and the Teespring Case are related under Local Rule 3-12.

6. On April 13, 2016, I spoke with Stonemark's counsel, Brian Ledahl of Russ, August & Kabat, about CafePress' intent to file the Motion. Mr. Ledahl informed me that, since Stonemark has not yet been served with the complaint in the Teespring Case, Stonemark is not in a position to assess whether or not they will oppose the Motion.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed on April 14, 2016 at New York, New York.

_____
Joshua Raskin