1  Brett M. Schuman (SBN 189247)
   bschuman@goodwinprocter.com
2  David L. Simson (SBN287900)
   dsimson@goodwinprocter.com
3  **GOODWIN PROCTER LLP**
   Three Embarcadero Center, 24th Floor
4  San Francisco, California 94111
   Tel.: 415.733.6000
5  Fax.: 415.677.9041

6  Attorneys for Plaintiff TEESPRING, INC.

*IT IS SO ORDERED*
*Judge Yvonne Gonzalez Rogers*
May 3, 2016

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| TEESPRING, INC.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>STONEMARK TECHNOLOGIES LLC,<br><br>　　　　　Defendant. | Case No. 4:16-cv-01116-YGR<br><br>**TEESPRING'S NOTICE OF DISMISSAL PURSUANT TO RULE 41(A)**<br><br>Courtroom:　1—4th Floor<br>Judge:　　　Hon. Yvonne Gonzalez Rogers |

**NOTICE OF DISMISSAL**

Plaintiff Teespring, Inc. hereby provides notice of dismissal of this action under Federal Rule of Civil Procedure 41(a)(1)(A)(i), without prejudice.  This dismissal is made with the consent of Defendant Stonemark Technologies LLC, with each party to bear its own attorneys' fees, costs of court and expenses.

Respectfully submitted,

Dated: May 2, 2016

By: /s/ Brett M. Schuman
Brett M. Schuman (SBN 189247)
David L. Simson (SBN 287900)
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, CA 9411
Tel.:  415.733.6000
Fax.:  415.677.9041
Email: bschuman@goodwinprocter.com
         dsimson@goodwinprocter.com

*Attorneys for Plaintiff*
Teespring, Inc.